

Order Filed on
04/18/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425
Attorney for Debtors

In Re:

RALSTON DAVIDSON and KIMBERLY M. HARMON-DAVIDSON,

      Debtors

Case No.:   12-25278 (JHW)

Chapter:   7

Hearing Date:

Judge:   Judith H. Wizmur, U.S.B.J.

## ORDER APPROVING MORTGAGE LOAN MODIFICATION

 The relief set forth on the following pages is hereby **ORDERED**.

**DATED: 04/18/2013**

/s/ Judith H. Wizmur
Honorable Judith H. Wizmur
United States Bankruptcy Court

**(Page 2)**

Debtors:     Ralston Davidson and Kimberly M. Harmon-Davidson

Case No.:    12-25278 (JHW)

Re:          ORDER APPROVING MORTGAGE LOAN MODIFICATION

---

**THIS MATTER** having come before the Court on motion of debtors, Ralston Davidson and Kimberly M. Harmon-Davidson, to approve mortgage loan modification with creditor, Wells Fargo Home Mortgage, and the Court having considered the motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby

**ORDERED** that the mortgage loan modification between debtor, Ralston Davidson and Kimberly M. Harmon-Davidson, and creditor, Wells Fargo Home Mortgage, be and is hereby approved; and it is further

**ORDERED** that communications and/or negotiations between debtors and mortgagees/mortgage servicers about loan modification shall not be deemed a violation of the automatic stay, and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

*Approved by Judge Judith H. Wizmur April 18, 2013*